UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS SAMUEL GARCIA,<br>Petitioner,<br>v.<br>WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY, et al.<br>Respondents. | No. 1:26-cv-01386-DC-AC (HC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(Doc. No. 38) |

Petitioner, an immigration detainee proceeding through counsel, filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 11) and motion for temporary restraining order (Doc. No. 13) challenging his prolonged immigration detention. By order dated April 13, 2026, petitioner's motion for preliminary injunctive relief was granted. (Doc. No 18.) The matter was then referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. (*Id.*)

On September 17, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (Doc. No. 38.) On September 24, 2026, Respondents "generally" objected to the findings and recommendations "for the reasons stated in [their] prior pleadings." (Doc. No. 40.) However, those arguments were

already addressed and rejected by the magistrate judge and the undersigned. (*See* Doc. Nos. 18, 22, 38.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 17, 2026 (Doc. No. 38), are ADOPTED;
2. The petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 11) is GRANTED;[1] and
3. The Clerk of the Court is directed to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated: **November 25, 2026**

Dena Coggins
United States District Judge

[1] Pursuant to this court's earlier order, Petitioner has already received the relief he is entitled to for the violation of his right to due process. (*See* Doc. Nos. 18, 22, 23.)